Filed 11/14/22  P. v. Perez CA2/8

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION EIGHT

| | |
|---|---|
| THE PEOPLE, | B317043 |
| Plaintiff and Respondent, | Los Angeles County Super. Ct. No. VA155869 |
| v. | |
| ANTHONY PEREZ, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Lee W. Tsao, Judge.  Affirmed.

Larenda R. Delaini, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

————————————

Pursuant to *People v. Wende* (1979) 25 Cal.3d 436, we review this appeal following a bench trial. We affirm the judgment of conviction. Statutory citations are to the Penal Code.

An information charged Anthony Perez with resisting a peace officer (§ 148, subd. (a)(1)) and assault with a deadly weapon (§ 245, subd. (a)(1)).

Perez's victim—Abdel Rahman Al-Aqad—testified at trial that he was at a gas station on Whittier Boulevard in April 2021 when he saw Perez standing at a pump with a yellow box cutter. Perez told him to get out of his car. Al-Aqad asked what he wanted. Perez started cursing and threatened to kill Al-Aqad if he did not get out.

Perez swung the box cutter at Al-Aqad from a close range: less than two feet away. He yelled "very bad words" and made threats.

Al-Aqad told Perez to take the car. He backed away and kicked to try to fend off his attacker and avoid the box cutter. Perez kept swinging the blade and coming towards him.

Al-Aqad grabbed a piece of metal from his car to scare off Perez. Then he called the police. Al-Aqad's colleague arrived to see if he was okay.

Al-Aqad got into his car to drive to a pump because he still needed gas. But Perez returned, banged on the window, and tried to open the locked door.

Perez was undeterred when the police arrived and tried to calm him down. He yelled at them and said, "I'm not going to stop." So Al-Aqad grabbed the metal bar again and used it to hold onto Perez until the police took him.

A sheriff witness corroborated part of Al-Aqad's account. The deputy testified he asked Perez to come over, but Perez refused. Perez maintained someone tried to hit him with a stick and he was not the one causing trouble.

The deputy saw the victim go to Perez with the metal pole. He separated the two when they fought for possession of the pole. The deputy tried to grab Perez, but Perez broke free. Perez then turned his shoulder toward the deputy, "blading his body, and clenched his fist in a fighting stance." He was one or two feet away. The deputy feared Perez was going to assault him. He struck Perez, who fell to the ground.

The trial court found Perez guilty on both counts. The court sentenced him to the low term of two years in prison on the base count (assault with a deadly weapon), and a concurrent term of 365 days in county jail on the other count (resisting arrest). The court also imposed various fines and fees and awarded Perez 452 days of custody credits.

Perez appealed, and we appointed counsel to represent him. Appointed counsel examined the record and filed an opening brief raising no issues and asking this court to review the record independently under *People v. Wende*. Counsel also wrote to Perez advising him of his right to file a supplemental brief for us to consider. Perez did not file a response.

We have examined the entire appellate record. We are satisfied Perez's counsel fully complied with counsel's responsibilities and no arguable issues exist. (See *People v. Wende* (1979) 25 Cal.3d 436, 441–442.)

## DISPOSITION

The judgment is affirmed.


                                    WILEY, J.


We concur:



        STRATTON, P. J.




        HARUTUNIAN, J.*

---

*     Judge of the San Diego Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.